# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **IN RE:**<br><br>**NEELY DAVIS THORNTON,**<br><br>**DEBTOR.** | **CHAPTER 11**<br>**CASE NO.: 24-54773-PMB** |

## WITHDRAWAL OF PROOF OF CLAIM

Now comes The Huntington National Bank, by and through counsel, and withdraws its Proof of Claim in the amount of $577,966.07 filed on July 9, 2024, and listed as Claim Number 5-1 on the Claims Registry.

Dated: March 27, 2025

                                                  WOMBLE BOND DICKINSON (US) LLP

By:   /s/ Eudora F. S. Arthur
        Eudora F. S. Arthur
        NC State Bar Number 59854
        555 Fayetteville Street, Suite 1100
        Raleigh, NC 27601
        Telephone: (919) 755-2178
        Email: Dorie.Arthur@wbd-us.com

*Attorneys for The Huntington National Bank*

WBD (US) 4898-3433-3484v1